

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2025

No. 04-25-00520-CV

**IN THE INTEREST OF J.C.B.G., K.A.C., K.L.H.,
A.S.R., F.D.R., AND J.A.H.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-01753
Honorable Charles E. Montemayor, Judge Presiding

### ORDER

Sitting:      Irene Rios, Justice
              Lori Massey Brissette, Justice
              Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 24, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court